FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0482

CASE NO. DA 22-0482
IN THE SUPREME COURT OF THE STATE OF MONTANA

FARMERS INSURANCE EXCHANGE and
TRUCK INSURANCE EXCHANGE,

     Petitioners / Appellees,

     -vs-

DENNIS MINEMYER, BRAD J. DAVEY, and
DALE YATSKO.,

     Respondents / Appellants.

ORDER GRANTING
APPELLEES' UNOPPOSED
MOTION FOR
EXTENSION OF TIME

Pursuant to the authority granted under Rule 26(1) of the Montana Rules of

Appellate Procedure, Appellees Farmers Insurance Exchange and Truck Insurance

Exchange are given an extension of time until February 1, 2023, to prepare, file and

serve their Response Brief.

*Electronically dated and signed below.*

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 20 2022